# Court of Appeals
# of the State of Georgia

ATLANTA,  July 22, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1722. JULIE ANN CALLAWAY v. WILLIAM MANDERS.**

The Appellant in the above-styled case has filed a motion entitled Motion To Withdraw Appeal.  Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/22/2021*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*